**Fill in this information to identify the case:**

Debtor 1  RHEA BATES

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 21-11332-amc

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 5693

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/_____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees (Plan Review) | 07/20/2021 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 07/16/2021 | (5) | $ 700.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1  RHEA BATES  
       First Name    Middle Name    Last Name

Case number *(if known)* 21-11332-amc

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.  
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **/s/Andrew Spivack**  
   Signature

Date  12/17/2021

**Print:** **Andrew Spivack (84439)**  
     First Name   Middle Name   Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  302 Fellowship Road, Suite 130  
     Number     Street

Mount Laurel, NJ 08054  
City    State   ZIP Code

Contact phone  844-856-6646 x3017

Email  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>RHEA BATES<br><br>Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3,<br>    Movant<br><br>vs.<br><br>RHEA BATES,<br>    Debtor | Case No. 21-11332-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, And Charges has been electronically served or mailed, postage prepaid on this day to the following:

RHEA BATES
443 ELLIS AVE
DARBY, PA 19023-2709

Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com

Kenneth E. West, Bankruptcy Trustee
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

December 17, 2021

                                      */s/ Andrew Spivack*
                                      Andrew Spivack
                                      (Bar No. 84439)
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      302 Fellowship Road, Suite 130
                                      Mount Laurel, NJ 08054
                                      Telephone:  844-856-6646 x3017
                                      Facsimile:  704-369-0760
                                      E-Mail:  PABKR@brockandscott.com

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

Invoice #:

Invoice Date: 07/21/2021

File Number:

Client:

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, NJ, 08054

Name and Address:

Bates, Takako
443 Ellis Ave
Darby, PA, 19023

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-11332/13 | | Conventional | | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Plan Review<br>Service Date: 07/20/2021 | Bankruptcy Plan Review | 250.00 |

Please include a copy of this invoice with your remittance to:

**Balance Due:**    **250.00**

# INVOICE

**Brock & Scott, PLLC**

Invoice #: ▮

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
(336)354-1200 - phone  
(336)354-1206 - fax

Invoice Date: 07/21/2021

File Number ▮

| Client: | Name and Address: |
|---|---|
| PHH Mortgage Corporation<br>One Mortgage Way<br>Mount Laurel, NJ, 08054 | Bates, Takako<br>443 Ellis Ave<br>Darby, PA, 19023 |

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-11332/13 | ▮ | Conventional | | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Proof Of Claim<br>    Service Date: 07/16/2021 | ▮ | 700.00 |
| 410A Payment History Review - 410A / Payment History Review and prep fee.<br>    Service Date: 07/16/2021 | B ▮ | 250.00 |

Please include a copy of this invoice with your remittance to:

▮

**Balance Due:** 950.00